UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSÉ LOPEZ<br><br>*Plaintiff,*<br><br>v.<br><br>GREGORY A. RICHARDSON, Director, Texas Service Center; DAVID ROARK, Director, Texas Service Center; MALETHEA HOLMES-OKEAWOLAM, Texas Service Center; OFFICER # XM0012, Texas Service Center; DANIEL RENAUD, Associate Director, Field Operations Directorate; DONALD W. NEUFELD, Associate Director, Service Center Operations; and LEÓN RODRÍGUEZ, Director, U.S. Citizenship & Immigration Services, in their official capacities,<br><br>*Defendants.* | Case No. 16-cv-9670<br><br>Judge Matthew F. Kennelly |

## UNOPPOSED MOTION TO STAY PROCEEDINGS

Plaintiff hereby moves respectfully requesting that this Court suspend the obligations and deadlines in the Order Setting Initial Scheduling Conference and the notification thereof [Dkt. No. 4] and stay further proceedings and deadlines in this matter until March 6, 2017. In support Plaintiff states as follows:

1. On October 12, 2016, Plaintiff filed the above-captioned case challenging Defendants' reliance on an impermissibly broad preliminary injunction, entered by a U.S. District court in Brownsville, Texas, to revoke Plaintiff's three-year work authorization under the expanded Deferred Action for Childhood Arrivals (DACA) program. [Dkt. No. 1].

1

2. Due to the uncertain future of the DACA program, Plaintiff believes that it is in the best interest of the parties and to preserve judicial resources to suspend the obligations and deadlines in the Order Setting Initial Scheduling Conference [Dkt. No. 4], stay further proceedings and deadlines in the matter, and postpone the initial status hearing until after March 6, 2016.

3. Plaintiff proposes that the parties file a joint status report on March 6, 2017 to update the Court and to schedule the initial scheduling conference and/or an appropriate briefing schedule. A suspension of the current case schedule will not harm any of the parties involved in this action.

4. Defendants have indicated that they do not object to suspending the current case schedule, including the deadline for filing a response to the complaint, or to the parties filing a joint status report on March 6, 2017.

Dated: December 23, 2016

                                                Respectfully submitted,

                                                s/ Mark Fleming
                                                Mark Fleming
                                                NATIONAL IMMIGRANT JUSTICE CENTER
                                                208 S. LaSalle Street, Suite 1300
                                                Chicago, IL 60604
                                                Phone: (312) 660-1628
                                                mfleming@heartlandalliance.org