# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JOSÉ LOPEZ

       *Plaintiff,*

v.

GREGORY A. RICHARDSON, Director, Texas Service Center; DAVID ROARK, Director, Texas Service Center; MALETHEA HOLMES-OKEAWOLAM, Texas Service Center; OFFICER # XM0012, Texas Service Center; DANIEL RENAUD, Associate Director, Field Operations Directorate; DONALD W. NEUFELD, Associate Director, Service Center Operations; and LEÓN RODRÍGUEZ, Director, U.S. Citizenship & Immigration Services, in their official capacities,

       *Defendants.*

Case No. 16-cv-9670

Judge Matthew F. Kennelly

## NOTICE OF PLAINTIFF'S UNOPPOSED MOTION TO STAY PROCEEDINGS

To:    Daniel J. Halainen
      U.S. Department of Justice, Civil Division, Federal Programs
      20 Massachusetts Ave., NW
      7th Floor Reception Desk
      Washington, DC 20530

      Craig A. Oswald
      Assistant United States Attorney
      United States Attorney's Office (NDIL)
      219 South Dearborn Street
      Suite 500
      Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on **Tuesday, January 3, 2017, at 9:00 a.m.**, or as soon

thereafter as counsel may be heard, the plaintiffs, by and through their attorneys, shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead in **Courtroom 2103** of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois 60604, and shall present the following motion attached hereto:

**PLAINTIFF'S UNOPPOSED MOTION TO STAY PROCEEDINGS**

Dated: December 23, 2016                        Respectfully submitted,
                                              José Lopez

Dated: December 23, 2016                    By:  /s/   Mark Fleming

                                       Mark M. Fleming
                                       NATIONAL IMMIGRANT JUSTICE CENTER
                                       208 South LaSalle Street, Suite 1300
                                       Chicago, Illinois 60604
                                       Telephone:  (312) 660-1628
                                       Fax:  (312) 660-1505
                                       mfleming@heartlandalliance.org

                                       *Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION


JOSÉ LOPEZ

                    *Plaintiff,*                              Case No. 16-cv-9670

v.
                                                             Judge Matthew F. Kennelly
GREGORY A. RICHARDSON, Director, Texas
Service Center; DAVID ROARK, Director,
Texas Service Center; MALETHEA HOLMES-
OKEAWOLAM, Texas Service Center;
OFFICER # XM0012, Texas Service Center;
DANIEL RENAUD, Associate Director, Field
Operations Directorate; DONALD W.
NEUFELD, Associate Director, Service Center
Operations; and LEÓN RODRÍGUEZ, Director,
U.S. Citizenship & Immigration Services, in
their official capacities,

                    *Defendants.*


## CERTIFICATE OF SERVICE

   I, Mark Fleming, hereby certify that on the 23rd day of December, 2016, I caused a true

and correct copy of the foregoing NOTICE OF PLAINTIFF'S UNOPPOSED MOTION TO

STAY PROCEEDINGS to be filed and served on counsel of record of all parties via operation of

the Court's electronic filing system.


                                          __/s/__Mark Fleming_____